DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KESNER V. JOASEUS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1497

[November 12, 2020]

Appeal of order denying rule 3.800 motions from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case Nos. 502008CF013148A, 502008CF017999B, and 502008CF017998B.

Kesner V. Joaseus, Jr., pro se, DeFuniak Springs.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***